UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 25-05945 |
| --- | --- | --- |
| Lisa Ramsey | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO MODIFY THE PLAN

This cause coming to be heard on Motion of the Debtor to Modify the Plan, IT IS SO ORDERED that:

1. The current plan default is deferred to the end of the Chapter 13 Plan.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: November 17, 2025

**Prepared by:**

Wonais Law, LLC
11070 S. Western Ave. STE 9
Chicago, IL 60643
(312) 883-5422
john@wonaislaw.com